## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

CARMEN DANIELLE MORA
SANCHEZ, BRANDON RASHARD
WATERS, and KASHANA
SANGFIELD, on behalf of
themselves and all others similarly
situated,

          Plaintiffs,

v.                                  Case No. 3:21-cv-372-TJC-LLL

STATE FARM MUTUAL
AUTOMOTIVE INSURANCE
COMPANY, HIDAY & RICKE, P.A.,
and JEFF RICKE, an individual,

          Defendants.

_____

## O R D E R

    After four years of hard-fought litigation, on August 26, 2025, the Court entered its Final Order Approving Class Action Settlement and Judgment of Dismissal with Prejudice (Doc. 206) ("Final Order"). The Final Order incorporated the terms of the parties' Settlement Agreement (Doc. 193-4) which provided various forms of relief to the 441 class members, including an agreement by defendants to cease certain practices which resulted in the suspension of class members' driving privileges; $1,500 to each class member; and an opportunity to seek additional monetary relief to cover damages suffered

as a result of suspended driving privileges.   Under the Final Order, the Court retained jurisdiction over the implementation of the settlement, including distributions to the class members.   See Doc. 206 at 10 (¶ 25).

Plaintiffs have now filed a "Time-Sensitive Motion to Issue Corrective Supplemental Notice" (Doc. 208), which seeks authorization to send class members a new and revised claim form to seek additional monetary relief, arguing that few members have returned the previously approved claim form (which Class Counsel assisted in drafted) and that it is confusing and intimidating (notwithstanding their previous representations to the contrary).[1] They also seek an extension of the now-passed claims form submission date.[2] Defendant State Farm Mutual Automobile Insurance Company filed a response in opposition (Doc. 209), which defendants Hiday & Ricke, P.A. and Jeff Ricke joined (Doc. 210).

---

[1] Plaintiffs' proposed "corrective and supplemental" claim form is attached to their motion (see Doc. 208-1); the claim form sent to the class members is attached to the Settlement Agreement (see Doc. 193-7).   The current form includes contact information for Class Counsel and indeed, they represent they have fielded "dozens of calls" from class members needing assistance to complete the form—assistance counsel was permitted to (and presumably did) provide.

[2] Plaintiffs filed their motion on December 3, 2025; the claim form submission deadline was December 9, 2025; plaintiffs move to extend that date by 45 days.

The Court finds the motion must be denied.  This is not simply a matter of issuing a "corrective" and "supplemental" notice as styled in plaintiffs' motion.  Rather, this appears to be a wholesale change to the form, the exact language of which was bargained for and incorporated into the parties' Settlement Agreement.[3]  See Doc. 193-4 at I.(e) and ¶¶ 20, 30, 36).  The Settlement Agreement provides that it may be amended or modified only if all parties agree in writing.  Id. at ¶ 103.  They do not.

Accordingly, it is hereby

**ORDERED**:

Plaintiffs' Time-Sensitive Motion to Issue Corrective Supplemental Notice (Doc. 208) is **DENIED**.

---

[3] The parties anticipated that many class members would not submit claims forms seeking additional relief in part because many of them suffered no further monetary damages.  At the hearing on the motion for preliminary approval of the settlement, plaintiff stated that class representative Sanchez herself had her license suspended for only three weeks, hired a lawyer, and got her license back.  As counsel described it, many class members suffered only annoyance, not monetary harm.  The percentage of class members who respond to class action notices is notoriously low (a fact State Farm surely counted on knowing it would keep funds not spent on those additional claims).  There is no guarantee that plaintiffs' proposed claims form would yield better results.

**DONE AND ORDERED** in Jacksonville, Florida this 22nd day of December, 2025.



TIMOTHY J. CORRIGAN
Senior United States District Judge

s.
Copies:
Counsel of record